United States District Court
Middle District of Florida

FILED
2022 MAR 21 PM 12: 55
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Brian Charles Pierre Constant, III,

v.

State of Florida

CASE NO: 16CF000068
("Appeal #: 5D18-627")

5:22-cv-154-KKM-PRL

"Motion/Application for Review of the Decision of the District Court of Appeal Direct Conflict of Decisions" (5th Dist. 5D18-627 case no.)

"COMES NOW", I "(Brian Charles Pierre Constant III) moves this court to open, look, and listen to "All said" trial transcripts, Blue-man Recordings, etc. to view all of the merits in my 2018 trial. My PD - Roberto Rivera failed to object or raise the issue(s) of Double Jeopardy, Brady violation, Giglio violation, etc and "he claimed that "my" parents' pointing me out, and "said testimony" hurt me. I beg to differ, because they were coerced to (coached) by Judge Jonathan Daniel Ohlman, State Attorney's Debra Munchel, Bryan Aven, and company. In Nov of '18, "he"(judge) called on his cellphone & got my parents' voicemail, live in open court and said, "State; put out a bench warrant," so that means "they had no choice". But, however, it would be a waste of judicial resources to "not" grant relief (see Howard, 288 So.3d 1251), and due to the fact that FDLE said, "no profile for Constant", which makes me "not a contributor (no prints)". "He" also failed (my PD) to further object to such evidence and argument (see Kruse, 222 So.3d 17), which led to the fact that "he" (Judge Ohlman) should of let me go free & my PD Rivera should of put in a motion for mistrial, and/or Judgement of Acquittal (did 749 days - false imprisonment - got 20 years under false pretenses) and the arrest wasn't done, nor warrant shown at my residence which is fruit of a poisonous tree. Also, unpreserved claim of ineffective assistance of trial counsel that stemmed from trial counsel's failure to preserve a sufficiency of the evidence issue for appeal after holding that the unpreserved sufficiency challenge wasn't reviewable for fundamental error (Monroe v. State, 19 So.3d 395). Every error/merit is on the face of the record (5-day trial in Dec of '18... 5th floor) and the Appeals court in Daytona sent my Appeal to Brevard county - 2nd District, and it was opened in '19 closed in '19 & opened in '20, then closed in '20. I've never heard an Appeal opened twice and closed twice. Please help rectify these errors; grant "me" relief.

Date: 3/16/22.

Marion County Jail - Med B #132B
3290 NW 10th Street
Ocala, FL, 34475.

(Print) x Brian Charles Pierre Constant III
#A0229315
(signed) x Brian Charles Pierre Constant III #A0229315

Brian C.P. Constant III / #A022935
Marion County Jail / Med A B # 132B
390 NW 10th Street
Ocala, FL 34475.
3/6/22.

"(Federal)"
"Legal-Mail"

INMATE MAIL

United States District Court
Office of the Clerk
207 NW Second Street, Room 337
Ocala, Florida, 34475-6666

SCANNED / RECEIVED / USMS

JACKSONVILLE FL 320
17 MAR 2022 PM 1 L

34475-6666